# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2014

## NO. 03-12-00786-CV

**Dennis C. Davis, Appellant**

**v.**

**Fayette County Appraisal District, Appellee**

## APPEAL FROM 155TH DISTRICT COURT OF FAYETTE COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## AFFIRMED IN PART; VACATED IN PART -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on October 31, 2012. We vacate the portion of the trial court's judgment awarding delinquent taxes without reference to the merits. Having otherwise reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the remainder of the trial court's judgment. Therefore, the Court affirms the trial court's judgment in all other respects. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.